No. 909. PEPERSACK, WARDEN, v. HALL. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. *Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for petitioner. *William F. Mosner* for respondent.

No. 978. SYLVIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Paul T. Smith* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1041. GENERAL ELECTRIC CO. ET AL. v. PUBLIC SERVICE CO. OF NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *John F. Shafroth, Winston S. Howard, James T. Paulantis, William A. Sloan, Benjamin F. Stapleton, Luis D. Rovira, Josiah G. Holland, William C. McClearn, Joseph G. Hodges, Richard M. Davis, Ross L. Malone* and *Richard T. Conway* for petitioners.

No. 1046. HOLOVACHKA v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Robert J. Downing* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Norman Sepenuk* for the United States.

No. 929, Misc. PHILLIPS v. NASH. C. A. 7th Cir. Certiorari denied.